

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00776-CV

Joshua Douglas **BONINE**,
Appellant

v.

Jessica K. **BONINE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11926
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of this appeal are taxed against Appellant Joshua Douglas Bonine.

SIGNED March 14, 2018.

_____
Patricia O. Alvarez, Justice